UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIM. NO. 3:02CR330(RNC) |
| YAN HUAI YEUNG | : | NOVEMBER 19, 2004 |

**REQUEST FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

    The defendant, Yan Huai Yeung, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

                        Respectfully submitted,

                        THE DEFENDANT,
                        YAN HUAI YEUNG

                        THOMAS G. DENNIS
                        FEDERAL DEFENDER

Dated: NOVEMBER 19, 2004

                        Paul F. Thomas
                        Asst. Federal Defender
                        2 Whitney Ave., Suite 300
                        New Haven, CT  06510
                        Bar No. ct01724
                        (203) 498-4200

CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing REQUEST TO FILE DOCUMENT UNDER SEAL has been mailed to Maria Kahn, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 19th day of November 2004.

                        Paul F. Thomas