UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIM. NO. 3:02CR330(RNC) |
| YAN HUAI YEUNG | : NOVEMBER 19, 2004 |

### REQUEST FOR LEAVE
### TO FILE DOCUMENT UNDER SEAL

The defendant, Yan Huai Yeung, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
YAN HUAI YEUNG

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: NOVEMBER 19, 2004

_____
Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing REQUEST TO FILE DOCUMENT UNDER SEAL has been mailed to Maria Kahn, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 19th day of November 2004.

_____
Paul F. Thomas

*Granted. So ordered. Robert N. Chatigny, U.S.D.J. November 23, 2004.*