UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR330(RNC) |
| YAN HUAI YEUNG : | DECEMBER 9, 2004 |

## WAIVER OF RIGHT TO SPEEDY SENTENCING

I, Yan Huai Yeung, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from December 10, 2004 until on or after March 11, 2005, 2004.

_____      12/4/04
Yan Huai Yeung                              Date

_____      12/5/07
Paul F. Thomas                              Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510
(203) 498-4200
Bar No. ct05450


## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing WAIVER OF SPEEDY SENTENCING has been mailed to Maria Kahn, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 9th day of November, 2004.
                                                December

_____
Paul F. Thomas