UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR330(RNC) |
| YAN HUAI YEUNG : | FEBRUARY 28, 2005 |

**REQUEST FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

The defendant, Yan Huai Yeung, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
YAN HUAI YEUNG

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: FEBRUARY 28, 2005

_____
Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

**CERTIFICATION**

I HEREBY CERTIFY that a copy of the foregoing REQUEST TO FILE DOCUMENT UNDER SEAL has been mailed to Maria Kahn, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 28th day of February 2005.

_____
Paul F. Thomas