UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIM. NO.  3:02CR330(RNC) |
| YAN HUAI YEUNG | : | FEBRUARY 28, 2005 |
| | : | |

## REQUEST FOR LEAVE
## TO FILE DOCUMENT UNDER SEAL

   The defendant, Yan Huai Yeung, hereby requests leave to file the accompanying document

under seal.  In support of this Motion, defendant states that the filing of this document under seal

is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
YAN HUAI YEUNG

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated:  FEBRUARY 28, 2005

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT  06510
Bar No. ct01724
(203) 498-4200

## CERTIFICATION

   I HEREBY CERTIFY that a copy of the foregoing REQUEST TO FILE DOCUMENT UNDER
SEAL has been mailed to Maria Kahn, Assistant United States Attorney, P.O. Box 1824, New Haven,
CT 06508, on this 28th day of February 2005.

Paul F. Thomas

*March 2, 2005.  Granted.  So ordered.     Robert N. Chatigny, U.S.D.J.*