UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:02CR330(RNC) |
| YAN HUAI YEUNG : | MARCH 8, 2005 |

## WAIVER OF SPEEDY TRIAL

The defendant, Yan Huai Yeung, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(8)(A).

In support of this Waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the defendant, that it outweighs the public interest in a speedy trial, and that the period of delay from March 11, 2005 to the court's jury selection calendar in April, 2005.

_____        3/4/05
Yan Huai Yeung                  Date

_____        3/8/05
Paul F. Thomas                  Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510
(203) 498-4200
Bar No. ct01724

CERTIFICATION

 I HEREBY CERTIFY that a copy of the foregoing WAIVER OF SPEEDY TRIAL has been mailed to Maria Kahn, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, and to Jeremiah Donovan, Esq., P.O. Box 554, Old Saybrook, CT 06475 on this ___ day of February 2005.

_____
Paul F. Thomas