# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIM. NO. 3:02CR330(RNC) |
| YAN HUAI YEUNG | : MARCH 28, 2005 |

## REQUEST FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The defendant, Yan Huai Yeung, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
YAN HUAI YEUNG

THOMAS G. DENNIS
FEDERAL DEFENDER

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

Dated: MARCH 28, 2005

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing REQUEST TO FILE DOCUMENT UNDER SEAL has been mailed to Maria Kahn, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 28th day of March 2005.

Paul F. Thomas

March 29, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.