UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 3:02CR330 (RNC)** |
| | : | |
| **YAN HUAI YEUNG** | : | **APRIL 13, 2005** |

## MOTION TO AMEND JUDGMENT

The United States of America, by Kevin J. O'Connor, United States Attorney for the District of Connecticut, by Maria A. Kahn, Assistant United States Attorney, respectfully moves the Court for an Order Amending the Court's Judgment in this case. On April 4, 2005, the Court sentenced the remaining defendant, Yan Huai Yeung ("Yeung"), in the above referenced case. At the time of the sentencing, the Government requested that the Court Order Yeung to pay $9,000.00 in restitution to the victim which could be satisfied by the $9,000.00 in his possession and seized by law enforcement at the time of his arrest. The defendant did not object to the monies being used to pay restitution and the Court so ordered. However, the Judgment Order fails to note the Court's order with respect to restitution, which is necessary for the Clerk's Office to disburse the funds.

Thus, the Government respectfully requests that the Court amend the Judgment in this case to reflect the Court's order that the defendant pay restitution to People's Bank in the amount of $9,000.00.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


MARIA A. KAHN
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
Tel. (203) 821-3700
Federal Bar No. CT06573

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 13th day of April 2005, to the following:

Paul Thomas, Esq.
Assistant Federal Public Defender
Federal Public Defender's Office
2 Whitney Avenue, Suite 300
New Haven, CT  06510
Fax (203) 498-4207

Carla Vega-Wagenstein, USPO
United States Probation Office
Room 211
915 Lafayette Blvd.
Bridgeport, Ct.  06604
Fax (203) 579-5571

                                                          _____
                                                          MARIA A. KAHN
                                                          ASSISTANT U.S. ATTORNEY