UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | CASE NO. 3:02CR330 (RNC) |
| : | |
| YAN HUAI YEUNG  : | |

AMENDMENT TO JUDGMENT

It is hereby ordered that the Judgment entered in this case on April 5, 2005, be amended in part as follows:

The proper spelling of the defendant name is YEUNG not YUEUNG; and the defendant will pay restitution to People's Bank in the total amount of $9,000; this obligation will be satisfied by giving the bank the $9,000 seized by law enforcement at the time of the defendant's arrest.

In all other respects the Judgment entered in this case on April 5, 2005, remains the same.

So ordered.

Dated at Hartford, Connecticut this        day of April 2005.

                                                        /s/RNC
                                        Robert N. Chatigny
                             United States District Judge